IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZARINA DE LA ROSA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:16-CV-01003-B |
| | § | |
| DISCOVER PRODUCTS, INC. d/b/a | § | |
| Discover Financial Services a/k/a Discover, | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT DISCOVER PRODUCTS INC.'S RULE 7.1 DISCLOSURE STATEMENT
AND CERTIFICATE OF INTERESTED PERSONS**

Defendant Discover Products Inc. ("Discover"), hereby files its Rule 7.1 Disclosure Statement pursuant to the FEDERAL RULES OF CIVIL PROCEDURE:

1. Discover Products Inc. is not a publicly held corporation.

2. Discover Products Inc. is a wholly owned subsidiary of Discover Bank, which is a wholly owned subsidiary of Discover Financial Services.

3. Discover Financial Services is an independent publicly traded company on the New York Stock Exchange.

4. Discover Financial Services is not aware of any publicly held corporation owning more than 10 percent of its stock.

5. The following individuals/entities have a financial interest in the outcome of the case:

    A. Discover Products Inc.;

    B. Discover Bank;

    C. Discover Financial Services; and

D.  Zarina De La Rosa.

Respectfully submitted,

*/s/ Gregg D. Stevens*
**GREGG D. STEVENS**
State Bar No. 19182500
**AIMEE G. SZYGENDA**
State Bar No. 24027054
**MCGLINCHEY STAFFORD, PLLC**
2711 N. Haskell Avenue, Suite 2750, LB 38
Dallas, Texas 75204
Telephone: (214) 257-1749
Facsimile:  (214) 257-1717
gstevens@mcglinchey.com
aszygenda@mcglinchey.com

***ATTORNEYS FOR DEFENDANT
DISCOVER PRODUCTS INC.***

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June, 2016, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing has been forwarded to all counsel of record by operation of the Court's electronic filing system.

*/s/ Gregg D. Stevens*
**GREGG D. STEVENS**